# UNITED STATES DISTRICT COURT

# Northern District of California

ARROW ELECTRONICS,

        Plaintiff(s),

  v.

ELEMENT LABS INC,

        Defendant(s).
_____/

No. C 10-1061 MEJ

**ORDER VACATING CMC**

    This matter is currently scheduled for a case management conference on June 24, 2010. However, default has been entered against Defendant Element Labs and Plaintiff has filed a motion for default judgment by the Clerk of Court. Accordingly, the Court hereby VACATES the June 24 cmc. The Clerk of Court shall issue an order on Plaintiff's motion forthwith.

    **IT IS SO ORDERED.**

Dated: June 15, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge